FILED
JUL 18 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

CIVIL ACTION NO. 5:16-cv-06425

Honorable Judge Omar J. Aboulhosn

Hello 😊   بسم الله   All Praise is to Allah

My Name is Shyheem Davis 64752-066. I am currently at Beckly F.C.I in the SHU, for a pending Prosecution Case (Aggravated Assault on Staff). Well, I am being Retaliated Against and Denied my Remedy Rights. I am a muslim, Sir. The staff officer Keenan Kick my Door while I was in Salah (Prayer) on 6-29-2016 Time 4:00-4:30 P.m. He Called me Names I Dear Not to Repeat Because I Fear my Lord (Taqwa-Allah). He Defame my Character and my celly during the month of Ramadan. I Hope This letter get to you Because my letters have not been getting to its final Destination. This staff member Keenan and officer Deal (He is on my Case too) is working The SHU where I am Held at. They're Serving my food and Saying Slick Things to me thru the Door sir. THIS Institution Is Corrupt. I am Not Even Suppose to be Here Sir, because of Retaliation. I want to file a lawsuit Because of Cruel and Unusual punishment. By Policy I am not suppose to be Around the Complaintant Because I am the DEFENDANT. I am suppose to be a substantial amount of Distance Away from Him Because of Retaliation.

This same C.o. is serving my food, reading my legal mail I send out at night (learning my strategies of Defence). Your Honor, I been trying to write you since I been back in the SHU. I wouldn't be suprise if this letter doesn't make it to you sir. They been denying my Remedy Process, They been denying me legal calls, They won't give me any Tort forms (for Damaging my Qur'an and my Islamic Literature, and other Property). They won't accept my visits for my Muslim family to see me. They won't accept my Remedy Process, They won't give me my legal calls. I have the same C.o's on my case working the SHU where I am held at, Antagonizing me and Defaming. I am being Threatened with Shots, Harassments, and Assaults on a consistent basis. I had my religious items Destroyed (I love my Deen). They tamper with my mail (A Federal Crime)(Reading my Defence). They also trying to prosecute me on an institutional level concerning my case. How can I be penalize twice on a Judicial level and an Institutional level? This is a Double Jeopardy clause. I have a pending case so I should have access to law library more than 1 time a month. They shouldn't be able to take Good Time from me on my previous case when they are already penalizing me with on a new case. This is preposterous. I am being cruelly treated and being oppressed sir. I been telling my lawyer about these

pg3.

Instances and also Told her To get me Transferred... But to No Avail Have she help me in Any matter. This is ineffective Counsel. I Should have A Lawyer with my Best Interest. If I could take A Lie Detector Test I Could Prove my innocence. I Know it isn't Admissible in Court or pertaining to my CASE. I Barely Have A win, with 3 Lying C.O's and I will be already prejudicly profile Because of my Religion (Islamiyyah) This Day and Age and my Arrest History. She Doesn't Have my Best Interest Because I told her what I am going thru and she Keep saying she going to try and help me. She Have The power to file for A Transfer for me because of my circumstance of Retaliation and The Complaintant learning my Defence strategies by Reading my legal mail. She Keep Saying she going to visit me But only seen me once to Go over my case. I Been Had my Discovery But she still Haven't showed me The Disk for my CASE (The Surveillance). I need A Lawyer who Have my Best Interest SIR, Please. I NEED To Get out this Corrupt Institution Because They're Violating me in many ways and violating my Rights As A Prisoner. By Law, I Am A Defendant. & I am Not to Be No where Near The Complaintant. There should BE A Seperation Because of Retaliation →

Headnote:

pg 4

Surveillance. Doesn't even have the Assault. The officer. This officer has numerous grievances on him. He just sprayed me then started being my lawyer would not get his background to show how corrupt He Is. She keep say plea guilty. She never showed me the surveillance though. Belief without Reasonable Doubt.

→ @, Tampering with Evidence, or more Wrongly Accused Conduct SIR. All I ASK for is fairness SIR And A chance At proving my Innocence. Worst come to worst I'll Have to Enter A Guilty plea Because The Lying staff SELF Inflicted Hisself But Don't Have me Attacking him on Camera AT All. Its 3 Government officials Against 1 Reform mu'min. I Barely have A chance in this Crooked Systematical oppression. All I Ask for is Justice. I Ask for Immediate Transfer Because I am Being Treated with Cruelty and Being oppress Sir. I Am The Wrongly Accused Defendant Being oppress by A Powerful abuser. He Abuse His Power in this Institution and Have Great Ties with The Institutional Staff. If I Even get prosecuted On An Institutional Level I will have prejudice and Bias in my Case Sir. This is Truth. Look At my Current Disposition Sir. What Makes Reality, Reality is How you perceive Things. How is The Complaintant Working in the SHU where The Defendant Is being Held? If only He Have Corrupt Ties, Corrupt Intentions, or Reading my outgoing legal mail Studying my Defence Strategems. Look At what I Am Being Denied SIR And How I Am still At this Institution Being Denied Access To properly Defend my Case. They only @ let me use the Law library once A month SIR. This is Not adequate. Please Help SIR. May Allah Correct our Affairs. Best Regards. Thank you!

If I can get The Depart of Justice Involve to Investigate This Institution You would see That this Institution is Corrupt. If I Had A Lawyer That Defend my Case in my with my BEST Interest Than I can Show you The Corruption your Honor. I just sent A letter to the Regional of mid Atlantic to Director Caraway. my letter might not make it. I Covered my behind Letting you know As my witness.

## BP-8

Place: SHU
Time: 4:05 P.M
Date: 6-29-2016
Staff of Complaint: Keenan

Inmate: Shyheem Davis
#64-752-066

Subject of Complaint:
Me and my cellmate (Jacobs) was standing in prayer, when officer Keenan was counting. When he came to our door doing his accountability he started kicking the door while we were in prayer, also calling us "Bitches". Inmate Charles Woods told him to "stop harassing us, its Ramadaan and they are in prayer." He told inmate Woods to "Stop playing mommy you little bitch," and he is "Acting like a Bitch." I HEARD HIM loud and clear thru prayer. This is the same officer that accuse me of assaulting him and put a case on me. He is playing retaliation games and this is cruel and unusual punishment/violation of my constitutional amendment rights. I would like to proceed with my remedy process. Thank you.

Shyheem Davis 64752-066  
Federal Correctional Institution Beckly  
Po Box 350  
Beaver, West Virginia 25813

United States District Court  
Judge Omar J. Aboulhosn  
United States Magistrate Judge  
601 Federal Street  
Bluefield, West Virginia 24701

24701-303035

LEGALMAIL

LEGAL MAIL✕ Shyheim Lewis 64-732000 Date 7-14-2016
Time: 5:00 P.m.